**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ZURICH AMERICAN INSURANCE
COMPANY

            v.

BUREAU OF WORKERS'
COMPENSATION FEE REVIEW
HEARING OFFICE (LEHIGH VALLEY
HOSPITAL)

PETITION OF: LEHIGH VALLEY
HOSPITAL

:   No. 815 MAL 2015
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.